IN THE UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ALABAMA

In Re: KEARINA S. BRIZENDINE     *
       Debtor     *
       * Case Number: **12-83686-CRJ7**
Chapter 7     *

## MOTION TO WITHDRAW

Comes now the undersigned and files this her Motion to Withdraw as attorney for the Debtor in the above-referenced case, and as grounds therefor states as follows:

1. That there has been a breakdown in communication between the Debtor and this firm.

2. Plaintiff is not able to pay the undersigned's attorney fee.

3. That Counsel's withdrawal is not barred by the Alabama Rules of Ethics.

WHEREFOR, PREMISES CONSIDERED, the undersigned respectfully requests that her name be removed as counsel of record in this case.

                     /s/ Sara Doty
                     Sara Doty (DOT005)
                     Attorney for Debtor

**SARA DOTY ATTORNEY AT LAW, LLC.**
4725 Whitesburg Drive, SE
Suite 202
Huntsville, Alabama 35802
(256) 519-9970
(256) 519-9952 – fax
sara@dotylawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing pleading upon Tazewell Shepard, Trustee, by electronic transmission to email addresses tshepard@ecf.axosfs.com, janelle@ssmattorneys.com; along with mailing a copy to via US Mail to P.O. Box 19045, Huntsville, AL 35804. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing.

                     /s/ Sara Doty
                     Sara Doty